IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   19-cv-00027-PAB

Cheryl-Lee Ellen Berreth and Darrell Lynn Berreth,
Plaintiffs;

v.

Patrick M. Frazee,
Defendant

_____

AMENDED CERTIFICATION OF CONFERRAL
_____

DEFENDANT, through his undersigned counsel, amends the Certification of Conferral pursuant to D.C.COLO.LCivR 7.1(A)  contained within Doc.18, Motion to Stay Discovery.

As stated in Doc.18 Plaintiff's counsel is willing to delay the taking of Defendant's deposition until the conclusion of the criminal proceedings.  Because this solution does not remedy all of the concerns outlined by the defendant in his motion he proceeded to file the motion to stay discovery.  Plaintiff's counsel has clarified that since Defendant has not found their offer an acceptable remedy they take no position on defendant's motion to stay discovery.

Respectfully submitted March 8, 2019.

*/s/ Jennifer W. Stock*
Jennifer W. Stock
Farry & Stock, P.C.
411 South Tejon Street, Suite B
Colorado Springs, Colorado 80903
Telephone: 719-578-2000
Facsimile: 719-578-1794

Email: efarry@farry.net
*Attorney for Defendants*

CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019 I electronically filed a true and exact copy of the above and foregoing Amended Certification of Conferral with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Perry R. Sander, Jr.
Angela C. Jones
Sanders Law Firm
31 N. Tejon St., Suite 400
Colorado Springs, CO 80903
Attorneys for the Plaintiffs

                                                        */s/Jennifer W. Stock*
                                                        Jennifer W. Stock